**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHARMING BEATS, LLC, | Case No. 23-CV-4686 |
| Plaintiff, | The Honorable Diane Gujarati |
| -vs- | |
| NEIGHBORHOOD CENTERS OF JOHNSON COUNTY, IOWA, | **NOTICE OF APPEARANCE** |
| Defendant. | |

**PLEASE TAKE NOTICE** that Leavell & Borton, S.C. has been retained by and appears for Neighborhood Centers of Johnson County, Iowa, and requests that copies of all pleadings and notice of all proceedings be served upon Jeffrey Leavell at Leavell & Borton, S.C., 723 S. Main Street, Racine, Wisconsin 53403.

Dated this 4th day of August, 2023.

LEAVELL & BORTON, S.C.

*/s/ Jeffrey Leavell*

By:_____
Jeffrey Leavell
State Bar No.: 1004734
Attorneys for Neighborhood Centers of
Johnson County, Iowa